# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| PATRICK JEROME POUX, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:24-cv-00288-LSC-SGC |
| M. KIMBERLY, WARDEN, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The petitioner, Patrick Jerome Poux, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Following the initial review required by Rule 4 of the *Rules Governing Section 2254 Habeas Cases*, the magistrate judge entered a report recommending the court deny Poux's petition because this court lacks jurisdiction to hear his collateral attack on the imposition or validity of his sentence imposed by the United States District Court for the Eastern District of New York.[1] Poux was advised of his right to file written objections to the report and recommendation within 14 days. The deadline has passed, but the court has not received any objections or other response.

---

[1] Summary dismissal of a habeas petition under Rule 4 is proper when the petition and the attached exhibits plainly reveal relief is not warranted. *See McFarland v. Scott*, 512 U.S. 849, 856 (1994) (Rule 4 dismissal appropriate when petition "appears legally insufficient on its face").

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. (Doc. 4). Consistent with that recommendation, the court finds the petition plainly reveals relief is not warranted and Poux's petition is due to be denied.[2]

A final judgment will be entered.

**DONE** and **ORDERED** on July 16, 2024.

_____
L. Scott Coogler
United States District Judge

160704

---

[2] The court makes no finding regarding a certificate of appealability (COA) because a federal prisoner proceeding under § 2241 does not need a COA to appeal. *See Sawyer v. Holder*, 326 F.3d 1363, 1364 n.3 (11th Cir. 2003) ("[A] federal prisoner who proceeds under § 2241 does not need a COA to proceed." (citations omitted)).